IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DWIGHT TROTTER                                                                    PLAINTIFF

VS.                                          CASE NO. 09-CV-4080

LOUISE PHILLIPS, Jail
Administrator, Hempstead
County Detention Facility; and
LORI JONES, Nurse, Hempstead
County Detention Facility                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 24, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 22). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Defendants' Motion for Summary Judgment should be and hereby is **granted** and the case is dismissed.

IT IS SO ORDERED, this 14th day of September, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge